# EXHIBIT 1

WARDEN

EXHAUSTION OF REMEDY

TRULINCS 20607043 - PROCTOR, DEONTE TERRELL - Unit: YAP-I-A

---

FROM: 20607043
TO: Warden PEN
SUBJECT: ***Request to Staff*** PROCTOR, DEONTE, Reg# 20607043, YAP-I-A
DATE: 02/13/2023 02:24:25 PM

To: Warden Cobart
Inmate Work Assignment: n-a

pursuant to the first step act and 18 u.s.s.cc3582(c)(1)(a) i am asking for a compassionate release. should you deny me or fail to respond in 30 days this will be my attempt to exhaust my remedies and i can purse this matter with my US district court judge. I am a key candidate and due to the amount of time served, my conduct in prison, and my programming would make me eligible, i also have family support. i appreciate your value time and consideration in this pertinent matter please contact me for any questions or concerns thank you Deonte proctor #20607-043