IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DEONTE TERRELL PROCTOR, )
)
Movant, )
)
v. ) Crim No.3:17-cr-00141-CWR-FKB-1
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## REQUEST FOR STATUS ON MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A) AND FIRST STEP ACT OF 2018

COMES Movant, DEONTE TERRELL PROCTOR ("Proctor"), appearing *pro se*, and in support of this motion would show as follows:

I. **Relevant Background**

On August 28, 2023, Proctor filed a Motion to Reduce Sentence pursuant to the First Step Act, accompanied by a supporting Memorandum. See Docs. 79, 80.[1] On October 19, 2023, the Government submitted its Response in Opposition. See Doc. 81. Shortly thereafter, on December 22, 2023, a Reply to the Government's Response was filed. See Doc. 82.

---

[1] "Doc." refers to the Docket Report in the United States District Court for the Southern District of Mississippi, Northern Division in Criminal No. 3:17-cr-00141-CWR-FKB-1, which is immediately followed by the Docket Entry Number.

1

On January 24, 2024, Proctor filed a letter motion seeking three forms of relief: (1) a copy of the Government's Response in Opposition, (2) an extension of time to file a reply, and (3) a request to strike the previously filed Reply, which Proctor alleged was fraudulent. See Doc. 83.

On March 12, 2024, the Court issued an Order granting Proctor's requests. See Doc. 84. Specifically, the Court allowed Proctor an additional thirty (30) days to file his own reply to the Government's Response, directed that a copy of the Response be provided to him, and struck the previously docketed Reply at Doc. 82.

On March 26, 2024, Proctor timely filed his Rebuttal to the Government's Response in accordance with the Court's directive. See Doc. 85.

## II. Request

Since March 26, 2024, no further action has been reflected on the docket regarding the resolution of Proctor's Motion to Reduce Sentence under the First Step Act. As such, the pleadings in this case have been completed for over two years, and Proctor has not been informed of any relevant disposition as to his Motion for Compassionate Release.

WHEREFORE, Proctor respectfully requests a status report from the Court in this matter.

Respectfully submitted,

Dated: September 18, 2025.

*/s/ Deonte T. Proctor*
DEONTE TERRELL PROCTOR
REG. NO. 20607-043
FCI YAZOO CITY LOW II
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194
Appearing *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2025, a true and correct copy of the above and foregoing Request for Status on Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 was sent via U. S. Mail, postage prepaid, Erin O'Leary Chalk-Federal Gov, Assistant U.S. Attorney at U.S. Attorney's Office - Jackson, 501 East Court Street, Suite 4.430, Jackson, MS 39201.

*/s/ Deonte T. Proctor*
DEONTE TERRELL PROCTOR