## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**DEONTE TERRELL PROCTOR,**

        *Petitioner*,

*v.*

**UNITED STATES OF AMERICA,**

        *Respondent*.

CAUSE NO. 3:17-CR-141-CWR-ASH-1

## FINAL JUDGMENT

For the reasons provided in the Order issued this day by this Court, *see* Docket No. 90, Deonte Terrell Proctor's motion for a sentence reduction, Docket No. 79, is denied. For those same reasons, his motion for a status request, Docket No. 88, is denied as moot.

**SO ORDERED**, this the 22nd day of July, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE